UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jose Ortiz,<br>Plaintiff<br><br>v.<br><br><br><br>Icon Equities, LLC, the Affiliated Group, Inc., Viking Collection Service, Inc.,<br>Defendant(s). | Civil Action:  2:13-cv-00509-CCC-JAD |

**<u>STIPULATION TO DISMISSAL WITH PREJUDICE</u>**

Jose Ortiz, Plaintiff, hereby stipulates to the dismissal of the above-entitled and numbered action, with prejudice.

              Respectfully submitted,
              Benjamin Nazmiyal Law Group, P.C.
              ATTORNEY FOR PLAINTIFF

              <u>s/ Benjamin Nazmiyal</u>
              Benjamin Nazmiyal
              June 7, 2013

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice this ____ day of _____, 2013.

              _____
              JUDGE PRESIDING